**SEALED**

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

MAR 0 5 2019

JULIA C. DUDLEY, CLERK
BY: /s/ 
    DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal No. 5:19CR00008 |
| V. | : |
| RAMON CARRILLO-RUVALCABA, et al | : |

### UNITED SATES' MOTION TO SEAL

The United States of America, by and through Thomas T. Cullen, United States Attorney for the Western District of Virginia, and Erin Kulpa, Assistant United States Attorney, moves the Court pursuant to Local Rule 9(b)(7) for an Order sealing the indictment and this motion and accompanying sealing order in this case until otherwise ordered by this Court. In support of this motion the government states this matter is ongoing and sensitive.

Wherefore, the United States requests that the Court seal this indictment and motion and accompany sealing order until otherwise ordered by the Court.

Respectfully submitted,

THOMAS T. CULLEN
United States Attorney

s/ERIN M. KULPA
Erin M. Kulpa
Assistant United States Attorney