

**SEALED**

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
3/7/2019
JULIA C. DUDLEY, CLERK
BY: S/J.Vasquez
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Alberto Jijon | ) | Case No. 5:19-cr-00008-05 |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Alberto Jijon,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Drug Conspiracy

Date: 03/05/2019

*Issuing officer's signature*: (signed) J. Vasquez, Deputy Clerk  For

City and state: Harrisonburg, VA

Honorable Elizabeth K. Dillon
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/5/19, and the person was arrested on *(date)* 3/7/19
at *(city and state)* Harrisonburg, VA.

Date: 3/7/19

**DARYL BENDER**  Digitally signed by DARYL BENDER
Date: 2019.03.07 10:51:23 -05'00'
*Arresting officer's signature*

Daryl Bender   DUSM
*Printed name and title*