IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

UNITED STATES OF AMERICA

v.                                          Criminal Action No. 5:19CR8-005

Alberto Jijon


     In the presence of David R. Martin, my counsel, who has fully explained the charges contained in the superseding indictment against me, and having received a copy of the superseding indictment from the United States Attorney before being called upon to plead, I hereby plead guilty to said superseding indictment and count 1 thereof. I have been advised of the maximum punishment which may be imposed by the court for this offense. My plea of guilty is made knowingly and voluntarily and without threat of any kind or without promises other than those disclosed here in open court.


_____
Signature of Defendant

_____5/4/20_____
Date

_____
Witness